Tanya E. Moore. SBN 206683
MOORE LAW FIRM, P.C.
300 South First Street, Suite 342
San Jose, California  95113
Telephone (408) 298-2000
Facsimile (408) 298-6046
E-mails: tanya@@moorelawfirm.com;
service@moorelawfirm.com

Attorney for Plaintiff,
Gerardo Hernandez

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERARDO HERNANDEZ,<br><br>    Plaintiff,<br><br>  vs.<br><br>MZ GAS, INC. dba VALENCIA 76 GAS; WA-SFCT LLC; RM-SFCT LLC;<br><br>    Defendants. | Case No. 3:20-cv-07839-EMC<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION** |

WHEREAS, Defendants have not filed an answer or motion for summary judgment;

WHEREAS, Plaintiff and Defendants have settled the matter;

WHEREAS, no counterclaim has been filed;

Plaintiff hereby dismisses this action with prejudice in its entirety pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Date: February 19, 2021            MOORE LAW FIRM, P.C.

                                   /s/ Tanya E. Moore
                                   Tanya E. Moore
                                   Attorney for Plaintiff,
                                   Gerardo Hernandez

**GRANTED**
Judge Edward M. Chen
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION
Page 1